AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>[1] JOSE REYES-VALDIVIA,<br>[2] WILFREDO EL LIS BOLIVAR,<br>[3] JEFFRI DAVILA-REYES,<br><br>*Defendant(s)* | Case No.  15-1675 (m) |

*RECEIVED & FILED CLERK'S OFFICE*
*NOV -9 2015*
*US DISTRICT COURT SAN JUAN, PR*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 29, 2015   in the county of   ---   in the
---   District of   Puerto Rico  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1), 70504(b)(1), & 70506(b) | Defendants did knowingly and intentionally combine, conspire, confederate and agree with each other and other unknown persons, to commit an offense defined in Title 46, United States Code, Section 70503, that is: to possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance, on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.
Reviewed By: SAUSA Glenn Goetchius

United States requests detention pending bail hearing.

☑ Continued on the attached sheet.

*Complainant's signature*

Erik Bass, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   NOV 9 2015

*Judge's signature*

City and state:   San Juan, Puerto Rico     Camille L. Vélez-Rivé, US Magistrate Judge
*Printed name and title*